UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT WHITE,<br>　　　Plaintiff,<br><br>-v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　Defendant. | No. 1:12-cv-835<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having affirmed the Commissioner's decision, the complaint is dismissed.  As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

　　**THIS ACTION IS TERMINATED.**

　　**IT IS SO ORDERED.**

Date:　January 3, 2014　　　　　　　　　　　　　　/s/ Paul L. Maloney　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge